IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOHN DILLARD, et al.,          )
                               )
       Plaintiffs,             )
                               )
       v.                      )     CIVIL ACTION NO.
                               )       2:87cv1182-T
TOWN OF CLIO,                  )          (WO)
                               )
       Defendant.              )


OPINION

By order entered on April 2, 2003), the court granted
the plaintiffs' motion for proceedings leading to dismissal
of this action, filed February 28, 2003, to the extent that
defendant Town of Clio was "to notify the court by no later
than May 28, 2004, as to whether its single-member district
plan has been precleared."  The court further stated that,
"If the plan has been precleared by then, the court will
then award counsel for plaintiffs an attorney's fee of
$ 500.00, and this case will be dismissed."

On June 22, 2005, the Town of Clio filed with the court a motion to dismiss, attached to which is a letter from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the Town of Clio is not required to obtain preclearance under § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c, because the plan submitted for redistricting does not represent any change from the Town of Clio's "prior law or practice." Counsel for the plaintiffs has orally informed the court that the plaintiffs do not object to the motion. Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 28th day of June, 2005.

      /s/ Myron H. Thompson      
UNITED STATES DISTRICT JUDGE