```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

```
JOHN DILLARD, et al.,         )
                              )
    Plaintiffs,               )
                              )
    v.                        )    CIVIL ACTION NO.
                              )       2:87cv1182-T
TOWN OF CLIO,                 )          (WO)
                              )
    Defendant.                )
```

## JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss, filed by defendant Town of Clio on June 22, 2005 (Doc. No. 60), is granted.

(2) The plaintiffs shall have and recover from defendant Town of Clio the amount of $ 500.00 for attorney's fees.

(3) This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 28th day of June, 2005.**


　　　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**